IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**


Civil Action No. 08–cv–01080–EWN–KMT


JONATHAN ABERKALNS, individually and on behalf of all Heirs
and as surviving natural son of
OSKARS ABERKALNS, Decedent,

      Plaintiffs,

v.

TRAVIS L. BLAKE, an individual and resident of Michigan, and
PRIORITY TRANSPORTATION LLC, a Delaware Corporation,

      Defendants.

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant

Plaintiff Jonathan Aberkalns' "Motion for Leave of Court to File Sur Response to Defendants'
Reply to Plaintiff's Response to Defendant's Motion for Protective Order and Strike Plaintiff's
Endorsement of Frederick T. Martinez as a Witness" (#23, filed September 17, 2008) is
DENIED. Plaintiff Aberkalns failed to confer with Defendants before filing his present motion.
The Local Rules of Practice for the District of Colorado (effective April 15, 2002 with updates
through January 1, 2008) require all parties to confer on motions and other disputes before a
motion is filed. D.C.Colo.LCivR 7.1A; *see also Visor v. Sprint*, 1997 WL 796989 (D. Colo.
1997).

Dated: October 8, 2008