IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–01080–EWN–KMT

JONATHAN ABERKALNS, individually and on behalf of all Heirs
and as surviving natural son of
OSKARS ABERKALNS, Decedent,

    Plaintiffs,

v.

TRAVIS L. BLAKE, an individual and resident of Michigan, and
PRIORITY TRANSPORTATION LLC, a Delaware Corporation,

    Defendants.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Amended Motion for Leave to file a Sur Response to Defendants' Reply to Plaintiff's Response to Defendant's [16] Motion for Protective Order and Strike Plaintiff's Endorsement of Frederick T. Martinez as a witness" (#36, filed October 15, 2008) is GRANTED.

Dated: October 21, 2008.