IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 08-cv-01080-CMA-KMT

JONATHAN ABERKALNS,
individually and on behalf of all Heirs and as surviving natural son of
OSKARS ABERKALNS, Decedent,

    Plaintiff,

v.

TRAVIS L. BLAKE, an individual and resident of Michigan, and
PRIORITY TRANSPORTATION, LLC, a Delaware Corporation,

    Defendants.

## ORDER REGARDING STIPULATED MOTION TO STAY COURT DEADLINES

This matter is before the Court on the parties' Stipulated Motion To Stay Court Deadlines (Doc. # 44). The Court, having reviewed the Stipulated Motion, the Notice of Order for Appointment of Receiver and Injunction (Doc. # 26) and the file herein, and being otherwise duly advised in the premises, hereby

ORDERS that this matter is STAYED for six (6) months from September 10, 2008, the date Transurance Risk Retention Group, Inc. was deemed to be impaired or insolvent pursuant to A.R.S. § 20-615(1), in violation of its charter, A.R.S. § 20-615(5), and was placed into Receivership by the Director of Insurance for the State of Arizona pursuant to A.R.S. §§ 20-615(1) and (5), under case number CV 2008-020672, *State of Arizona v. Transurance Risk Retention Group, Inc.* All court and discovery deadlines are hereby VACATED.

The Defendants are DIRECTED to immediately inform the Court and the Plaintiff of any developments in the Receivership of Transurance Risk Retention Group, Inc. That impact the ability of this Court to allow the continued prosecution of this action. The Defendants are FURTHER DIRECTED to file a status report with the Court on or before <u>February 27, 2009</u> regarding the status of both the receivership and the injunction in Case Number CV 2008-020672. This stay will be considered lifted on <u>March 10, 2009</u>, unless otherwise ordered by the Court.

DATED: November <u> 18 </u>, 2008

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge