IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–01080–CMA–KMT

JONATHAN ABERKALNS, individually and on behalf of all Heirs
and as surviving natural son of
OSKARS ABERKALNS, Decedent,

    Plaintiffs,

v.

TRAVIS L. BLAKE, an individual and resident of Michigan, and
PRIORITY TRANSPORTATION LLC, a Delaware Corporation,

    Defendants.

## ORDER

On February 9, 2009, this court entered an order granting in part and denying in part "Defendants' Motion for Protective Order and to Strike Plaintiff's Endorsement of Frederick T. Martinez as a Witness" and awarding Defendants reasonable expenses, including attorney fees, that they incurred in bringing the Motion for Protective Order. (Doc. No. 16.) Plaintiff appealed the ruling to the Judge Christine M. Arguello. (Doc. No. 51.) On March 12, 2009, Judge Arguello overruled the appeal and directed counsel to meet and confer, and prepare and file a stipulated accounting of reasonable expenses and attorneys fees incurred in making the Motion for Protective Order. (Doc. No. 55.) The order stated the accounting should include the expenses incurred in responding to Plaintiff's appeal of the Magistrate Judge's ruling, as well as

the initial motion. (*Id.*) The order further stated that, if the parties were unable reach a stipulation, each party should file its own reasonable accounting. (*Id.*) This matter is before the court on the "Defendants' Accounting of Reasonable Attorney Fees and Expenses" (Doc. No. 56) and the "Plaintiff's Objection to Defendant's Accounting of Reasonable Attorney Fees and Expenses" (Doc. No. 60).

After review of the parties' accountings, the court has determined it will award fees and expenses in the amount of $3,837.00 as set forth below. To the extent Plaintiff objects to an award of fees related to the filing of the motion to strike, the court finds the facts and issues related to the motion to strike and the motion for protective order were intertwined and inseparable and, therefore, will allow fees related to the entire motion. To the extent the court has not allowed the fees submitted by Defendants, the court has determined (1) they were not related to the Motion for Protective Order and to Strike, or (2) the billing description was overly broad; or (3) the fees requested were excessive.

| DATE | DESCRIPTION | TIMEKEEPER | HOURS | TOTAL |
|---|---|---|---|---|
| 8/6/08 | Review and analyze correspondence from opposing counsel regarding Fred Martinez as a witness | LGE | .20 | 40.00 |
| 8/7/08 | Analysis of the correspondence associated with my identification as a potential witness | FTM | .20 | 43.00 |
| 8/8/08 | Analysis of correspondence associated with designation as potential witness | FTM | .20 | 43.00 |
| 8/8/08 | Coordinate search of Aurora Police reports for identification as potential witness | FTM | .20 | 43.00 |

2

| DATE | DESCRIPTION | TIMEKEEPER | HOURS | TOTAL |
|---|---|---|---|---|
| 8/8/08 | Analysis of the Aurora Police Department police reports regarding identification as potential witness | FTM | .30 | 64.50 |
| 8/8/08 | Draft correspondence to opposing counsel regarding listing of counsel as witness | FTM | .30 | 64.50 |
| 8/11/08 | Coordinate motion for sanctions with Lance G. Eberhart based on endorsement | FTM | .30 | 43.00 |
| 8/12/08 | Confer with opposing counsel regarding deadline to withdraw counsel as witness | FTM | .30 | 64.50 |
| 8/12/08 | Research and draft motion to strike F. Martinez as a witness | LGE | 2.30 | 460.00 |
| 8/14/08 | Legal research and edit draft of motion for protective order | FTM | 1.0 | 215.00 |
| 8/14/08 | Analysis of correspondence from opposing counsel regarding request for Firm's billing records, etc. | FTM | .20 | 43.00 |
| 8/14/08 | Edit motion for protective order due to correspondence from opposing counsel requesting billing records | FTM | .30 | 64.50 |
| 8/14/08 | Telephone call to Detective Petrochelli regarding need for potential affidavit discussing my role in accident reconstruction | FTM | .10 | 21.50 |
| 8/14/08 | Confer with Detective Petrocelli regarding conference with opposing counsel, police reports and accident reconstruction | FTM | .40 | 86.00 |
| 8/14/08 | Draft correspondence to opposing counsel regarding motion for protective order and coordinate exhibits in support of filing of motion | FTM | .30 | 64.50 |

| DATE | DESCRIPTION | TIMEKEEPER | HOURS | TOTAL |
|---|---|---|---|---|
| 8/14/08 | Review correspondence from opposing counsel regarding request for non-privileged information | FTM | .10 | 21.50 |
| 8/18/08 | Review issues with motion and protective order | LGE | .30 | 60.00 |
| 9/4/08 | Review Plaintiff's response to motion for protective order | LGE | .10 | 20.00 |
| 9/5/08 | Analysis of response to motion for protective order and call M. Campos regarding affidavits and discovery; Learn of potential bankruptcy and receivership | FTM | .80 | 172.00 |
| 9/5/08 | Review of attorney notes, draft affidavit and confer with D. Gerash regarding accuracy and background | FTM | 1.50 | 322.50 |
| 9/5/08 | Telephone call to D. Carr and begin draft of affidavit | FTM | .50 | 107.50 |
| 9/5/08 | Confer with D. Carr regarding status of case and affidavit | FTM | .40 | 86.00 |
| 9/5/08 | Begin draft of reply in support of motion to strike counsel as witness | FTM | 2.0 | 430.00 |
| 9/8/08 | Review correspondence and affidavit from D. Gerash | FTM | .20 | 43.00 |
| 9/8/08 | Final edit of reply in support of motion to strike | FTM | 1.40 | 301.00 |
| 9/10/08 | Analysis of defendant's exhibits and reply to motion for protective order and to strike plaintiff's endorsement of Frederick T. Martinez | CS | .20 | 15.00 |
| 10/16/08 | Analysis of plaintiff's motion for leave of court to file surresponse (.10) | CS | .50 | 7.50 |
| 02/10/09 | Analysis of the Court's order regarding attorney's fees and striking as witness | FTM | .30 | 64.50 |

| DATE | DESCRIPTION | TIMEKEEPER | HOURS | TOTAL |
|---|---|---|---|---|
| 3/02/09 | Analysis of court order regarding attorneys fees and calculation of same as relates to motion for sanctions | FTM | .30 | 64.50 |
| 3/02/09 | Confer with opposing counsel regarding status of case and conference regarding attorney's fees | FTM | .30 | 64.50 |
| 3/02/09 | Analysis of correspondence from J. Hennelly regarding pursuit of attorney's fees | FTM | .10 | 21.50 |
| 3/03/09 | Analysis of Plaintiff's Objection to award of attorney's fees | FTM | .30 | 64.50 |
| 3/03/09 | Draft Response in support of award of attorney's fees | FTM | .40 | 86.00 |
| 3/04/09 | Coordinated efforts regarding plaintiff's objection to magistrate's order and response to same | CS | .20 | 15.00 |
| 3/13/09 | Receive and review court order overruling plaintiff's appeal of magistrate judge decision in preparation for summary of attorneys fees incurred (.50); coordinated efforts re same (.20) | CS | .70 | 52.50 |
| 3/16/09 | Review billing for total costs associated with protective order affirmed by the District Court | FTM | .30 | 64.50 |
| 3/16/09 | Work on accounting of attorneys fees related to motion for protective order pursuant to court order (1.2); letter to opposing counsel regarding same (.20); coordinated efforts regarding preparation of accounting (.20) | CS | 1.6 | 120.00 |
| 03/31/09 | Confer with opposing counsel regarding status of whether they agree to fees or not. Opposing counsel not able to commit at this moment. | FTM | .10 | 21.50 |

| DATE | DESCRIPTION | TIMEKEEPER | HOURS | TOTAL |
|---|---|---|---|---|
| 3/31/09 | Coordinated efforts regarding stipulated accounting of attorneys fees pursuant to court order (.10); draft accounting pleading in preparation of submission to court (.40); work on detailed accounting to accompany pleading to court (1.5); email proposed accounting to opposing counsel (.10) | CS | 2.1 | 157.50 |
| 4/1/09 | Edit draft of motion for attorney's fees and costs | FTM | .2 | 43.00 |
| 4/1/09 | Trade voice mail communications with opposing counsel's staff regarding duty to confer regarding fees and their need for extension of time to respond | FTM | .1 | 21.50 |
| 4/1/09 | Coordinated efforts regarding accounting of attorneys fees pursuant to court order (.30); revisions to accounting and exhibits regarding same (1.0). | CS | .4 | 30.00 |
|  |  |  | **TOTAL** | **$3,837.00** |

Plaintiff shall pay Defendants the awarded amount of $3,837.00 no later than April 20, 2009.

Dated this 10th day of April, 2009.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge

6