## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## JUDGE CHRISTINE M. ARGUELLO

Courtroom Deputy: Valeri P. Barnes  
Court Reporter: Darlene Martinez

Date: May 15, 2009

---

Civil Action No. 08-cv-01080-CMA-KMT

| *Parties:* | *Counsel:* |
|---|---|
| JONATHAN ABERKALNS, individually and on behalf of all Heirs and as surviving natural son of OSKARS ABERKALNS, Decedent, | Gary Bell, Jr. Bob Leonard |
| Plaintiff, | |
| v. | |
| TRAVIS L. BLAKE, an individual and resident of Michigan, and PRIORITY TRANSPORTATION, LLC, a Delaware Corporation, | |
| Defendants. | |

---

## COURTROOM MINUTES
_____

HEARING: Telephonic Status Conference

**1:33 p.m.**     **Court in session**.

Defendants fail to appear.

Discussion regarding the status of the case.

**ORDER:**     Defendants' Motion for Judgment on the Pleadings **(8)** is **granted.** Written Order to follow.

**1:35 p.m.**     **Court in recess/hearing concluded**.

Total in-court time: 00:02